Bougher　or the state where the defendant resided at the time of
*v.*
Bougher.　contracting.　The replication is insufficient, and if the
previous pleadings are good, the defendant must have judgment on
the demurrer.

---

## BOUGHER vs. BOUGHER.

After the jury are sworn to enquire of the damages, it is too late for a motion to set aside the office judgment and for leave to plead.

PRACTICE.

Action on the case, for words.

An office judgment signed in this case for want of a plea, had been affirmed.

After the jury were sworn to enquire of the damages, and GOODENOW, for the plaintiff, had stated the case to them—

WRIGHT, for the defendant, moved to set aside the office judgment, and for leave to plead instanter, the general issue; and proceed to trial with the jury now impannelled.

PRESIDENT.—This motion comes too late; if the party has a good defence, he may apply to set aside the inquest in the usual manner; it cannot now be stayed on motion, merely because the party has hitherto neglected to employ counsel.　Defendant takes nothing by his motion.